173 So. 913

**J. Shelby JONES v. STATE.**

**4 Div. 924.**

Supreme Court of Alabama.

Jan. 21, 1937.

L. H. Walden, of Montgomery, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of J. Shelby Jones for certiorari to Court of Appeals in case of Jones v. State, 27 Ala.App. 654, 173 So. 921.

Writ denied.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.

174 So. 895

**Mae N. KEINKER et al. v. J. E. KEETON.**

**8 Div. 742.**

Supreme Court of Alabama.

May 20, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

175 So. 920

**Hubert KILLIAN v. GULF STATES STEEL CO.**

**7 Div. 437.**

Supreme Court of Alabama.

March 18, 1937.

Rehearing Denied June 28, 1937.

Borden Burr, of Birmingham, and George Ross, of Bessemer, for appellant.

Hood & Murphree, of Gadsden, A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., Nicholas E. Stallworth, of Mobile, and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellee.

FOSTER, Justice.

The judgment of the circuit court is affirmed upon the authority of Beeland Wholesale Company v. Jacob L. Kaufman, Chairman, et al., ante, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., concurs in part and dissents in part.

173 So. 913

**Lamar LAW et al. v. Homer D. WEBB.**

**2 Div. 88.**

Supreme Court of Alabama.

March 18, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

174 So. 895

**H. R. McCLINTOCK, Guardian ad Litem, v. DOTHAN REALTY CO.**

**4 Div. 963.**

Supreme Court of Alabama.

May 11, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.